August 29, 2008

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

RE: Case Number: 07-0085
 Court of Appeals Number: 06-05-00036-CV
 Trial Court Number: 2003-481

Style: BROOKSHIRE GROCERY COMPANY
 v.
 BARBARA GOSS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Debbie Autrey |
| |Ms. Jenica Turner |
| |Ms. Kimberly Paige |
| |Harris |